**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maceo Gray, et al., | ) No. CV-11-1635-PHX-SMM |
| Plaintiffs, | ) |
| vs. | ) **ORDER** |
| American Family Mut. Ins. Co., | ) |
| Defendant. | ) |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 183.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED** denying as moot Defendant's Second and Third Motions in Limine.  (Docs. 150, 151.)

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, February 24, 2014 at 2:45 p.m.**

DATED this 14th day of February, 2014.

Stephen M. McNamee
Senior United States District Judge